UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RACHIEM GODFREY          :

    Petitioner      :   CIVIL ACTION NO. 3:19-0394

  v.                :        (JUDGE MANNION)

                  :

BARRY SMITH, *et al.*,

                 :

    Respondents     :

                 :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as time-barred by the statute of limitations. See 28 U.S.C. §2244(d).

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Petitioner's motion to stay (Doc. 21) and motion to lift stay (Doc. 24) are **DISMISSED** as moot.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: October 16, 2020**
19-0394-01